UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Marco SALSICCIA, Scott BLANKS, and other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SHARKS SPORTS & ENTERTAINMENT, LLC, the CITY OF SAN JOSE, and the SAN JOSE ARENA AUTHORITY,<br><br>Defendants. | Case No. 5:19-cv-01546-BLF-NC<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Plaintiffs Marco Salsiccia and Scott Blanks have requested that this Court dismiss their claims against Defendants Sharks Sports & Entertainment, LLC, the City of San Jose, and the San Jose Arena Authority in this action with prejudice given the Parties' resolution of these claims by agreement executed September 30, 2021.

IT IS SO ORDERED.

DATED: October 15, 2021

_____
The Honorable Beth L. Freeman
U.S. DISTRICT JUDGE